# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| HENRY SHROPSHIRE,<br><br>                                        **Plaintiff,**<br>   v.<br><br>SEALEGS AT CORAL BAY, INC. d/b/a<br>SKINNY LEGS and<br>JANE DOE CORPORATION<br>Plastic Chair Manufacturer,<br><br>                                       **Defendants.** | 2007-CV-0057 |

**TO:** Darwin K. Carr, Esq.
       Garry E. Garten, Esq.

## ORDER

THIS MATTER is before the Court upon Defendant Sealegs at Coral Bay, Inc. d/b/a Skinny Legs' Motion to Deem Conceded Defendant's Affidavit of Fees and Order Payment (Docket No. 13). As the Court indicated in its order granting Defendant Sealegs Sealegs at Coral Bay, Inc. d/b/a Skinny Legs' Motion to Dismiss or Transfer (Docket No. 10), costs and attorney's fees were awarded to said Defendant based upon the Court's finding that Plaintiff filed in the St. Croix Division despite the fact that no "genuine articulable controversy" exists in favor of choosing St. Croix as the division for filing.

*Shropshire v. Sealegs at Coral Bay, Inc.*
2007-CV-0057
Order
Page 2

    WHEREFORE, it is now hereby **ORDERED**:

1. Defendant Sealegs at Coral Bay, Inc. d/b/a Skinny Legs' Motion to Deem Conceded Defendant's Affidavit of Fees and Order Payment (Docket No. 13) is **GRANTED**.

2. Plaintiff shall pay to said Defendant, within ten (10) days from the date of entry of this order, the sum of **$1,345.50** and file notice with the Court of such payment.

                                                ENTER:

Dated: January 8, 2008                               /s/
                                                      GEORGE W. CANNON, JR.
                                                      U.S. MAGISTRATE JUDGE